FILED
2024 Dec-09 AM 09:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **WESLEY WHITLOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:24-cv-843-CLS** |
| | ) | |
| **UNITED PARCEL SERVICES, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the court on the motion of defendant, United Parcel Services, Inc., to compel discovery responses and document production. Doc. no. 15. Upon consideration, the motion is GRANTED. It is hereby ORDERED that, within ten days of the date of entry of this Order, plaintiff shall:

1. amend and/or provide full and complete responses to defendant's interrogatory numbers 1, 4, 6, 14, and 17;

2. amend his responses to defendant's requests for production to clearly state whether he has responsive documents in his possession, custody, or control;

3. amend his responses and/or provide records responsive to request for production numbers 10, 11, 13, and 14;

4. provide any and all documents responsive to request for production number 17, in view of his untimely objection;

5. fully answer and produce documents responsive to request for production numbers 32 and 34.

Further, by that same date, defendant is ORDERED to submit an accounting of reasonable expenses and attorney's fees incurred in preparing and filing its motion to compel. Also by that same date, plaintiff shall show cause in writing why he should not be ordered to pay defendant's reasonable expenses and attorney's fees incurred in preparing and filing its motion to compel.

**DONE** and **ORDERED** this 9th day of December, 2024.

Senior United States District Judge