FILED
2025 Mar-20 PM 03:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **WESLEY WHITLOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:24-cv-843-CLS** |
| | ) | |
| **UNITED PARCEL SERVICES, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

This action is before the court on the motion of defendant, United Parcel Services, Inc., to compel discovery responses and document production. Doc. no. 21. Upon consideration, the motion is GRANTED to the following extent: It is hereby ORDERED that, within ten days of the date of entry of this Order, **plaintiff shall amend and/or provide full and complete responses to defendant's requests for production numbers 43-46**.

Further, by that same date, defendant is ORDERED to submit an accounting of reasonable expenses and attorney's fees incurred in preparing and filing its motion to compel.

Also by that same date, **plaintiff shall show cause in writing** why he should not be ordered to pay defendant's reasonable expenses and attorney's fees incurred

in preparing and filing its motion to compel. Alternatively, if the parties reach an agreement regarding defendant's fees and expenses, they shall file a joint notice so informing the court.

The aspect of defendant's motion seeking a conclusive finding that plaintiff did not have an objectively reasonable belief that UPS violated his FLSA rights as that issue pertains to his claim for FLSA retaliation, based upon his continued non-cooperation with his discovery obligations, is DENIED, but without prejudice to reinstate such motion if plaintiff continues to refuse to comply with the requirements of the Federal Rules of Civil Procedure and the orders of this court.

**DONE** and **ORDERED** this 20th day of March, 2025.

Senior United States District Judge