FILED
2025 May-28 AM 10:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| **WESLEY WHITLOCK,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 3:24-cv-843-CLS** |
| | ) | |
| **UNITED PARCEL SERVICES, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER

This action is before the court on the motion of defendant, United Parcel Services, Inc., for further sanctions against plaintiff, Wesley Whitlock. Doc. no. 30. UPS asks the court to impose additional sanctions for plaintiff's failure to timely comply with the court's order entered on April 2, 2025, directing him to pay $1,880 in attorney's fees to UPS in connection with its successful motion to compel.[1] Plaintiff responded to the motion, stating that plaintiff's counsel mailed a check in that amount to defendant's attorney, albeit belatedly, but that, apparently, defendant's counsel did not receive the check before he filed the present motion.[2] Plaintiff's counsel states that upon notice of the motion, he promptly electronically transferred

[1] Doc. no. 27.

[2] Doc. no. 34.

the funds to defendant's counsel, receipt of which was confirmed.[3]

Notwithstanding plaintiff's ultimate compliance with the April 2nd order, UPS contends that sanctions are still warranted.[4] Specifically, UPS asks the court for a conclusive finding that plaintiff did not have an objectively reasonable belief that UPS violated his FLSA rights, as well as an award of its reasonable attorney fees for preparing and filing the motion for sanctions.[5] Plaintiff acknowledges that he did not pay the attorney's fee by the court's deadline, but contends that defendant's motion was unnecessary, because the matter could have been resolved by further communication by defendant's counsel that payment still had not been received.

Upon review of the motion and plaintiff's response, as well as defendant's previously filed motions to compel and plaintiff's responses, the court concludes that sanctions are not warranted in this instance. Even so, plaintiff's counsel is **strongly reminded** of his obligation to comply with the Federal Rules of Civil Procedure and orders of this court. Accordingly, the motion is DENIED.

**DONE** and **ORDERED** this 28th day of May, 2025.

Senior United States District Judge

[3] *See* doc. no. 32 (Notice of Plaintiff's Payment of Sanctions Amount), at 2.

[4] *Id.*

[5] Doc. no. 30 (Defendant's Motion for Further Sanctions), at 5.